IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                                    CASE NO. 1:03-cr-00033-MMP

JOE FUGETT,

    Defendant.
_____/

## O R D E R

    This matter is before the Court on Doc. 3, Motion for Early Termination of Probation, filed by Defendant Joe Fugett.  In his motion, Defendant states that he has paid in full his back child support, and requests that the Court terminate the balance of probation supervision.  After consultation with the probation office and consideration of Mr. Fugett's performance under supervision, the Court grants Defendant's motion.  Accordingly, Mr. Fugett's probation is hereby terminated.

    **DONE AND ORDERED** this   _5th_ day of September, 2007

*s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge
